Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue South, Suite 200
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896 Facsimile
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Product Liability** | **MDL No. 1699** |
| | **District Judge: Charles R. Breyer** |
| **Robert Beeks, et al.,** | **Case No.: 06-6024-CRB** |
| **Plaintiffs** | **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **PFIZER INC., PHARMACIA CORP., And G. D. SEARLE & CO.** | |

COME NOW the Plaintiffs and Defendants, by and through their undersigned attorneys, pursuant to the Federal Rule of Civil Procedure, Rule 41, and hereby Stipulate to dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Respectfully submitted this the 22 day of Dec, 2009

Defendants

By: /s/
Stuart B. Gordon, Esq.
Matt Holian, Esq.
DLA Piper LLP (USA)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4846 (office)
(212) 884-8675 (facsimile)
Attorney for the Defendants

Plaintiff

By: [signature]
Leila H. Watson, Esq.
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896 (facsimile)

Attorney for the Plaintiff

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this ___ day of **FEB 17 2010** ___, 2010, in San Francisco, California.

CHARLES R. BREYER
United States District Judge

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esq.
Matt Holian, Esq.